500-15 501-15 502-15 503-15 504-15 505-15

# ELECTRONIC RECORD

COA # 05-14-00978-CR  OFFENSE: OTHER CRIMINAL

STYLE: Nicholas Davell Amos v. The State of Texas  COUNTY: Dallas

COA DISPOSITION: AFFIRM  TRIAL COURT: 291st Judicial District Court

DATE: 03/31/2015  Publish: NO  TC CASE #: F-1341905-U

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Nicholas Davell Amos v. The State of Texas

_PRO SE_ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

_REFUSED_

DATE: 08/26/2015

JUDGE: _Per Curiam_

CCA #: **500-15 501-15 502-15 503-15 504-15 505-15**

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____ PC: _____

PUBLISH: _____ DNP: _____

------------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

ELECTRONIC RECORD